**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Case No. 1:10cr45 The Hon. Liam O'Grady |
| WILLIAM RONDELL COLLINS, | ) ) | Sentencing Date: 7/16/10 @ 9:00 a.m. |
| Defendant. | ) ) ) | |

**DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF MOTION TO SEAL**

COMES NOW, the Defendant, William Rondell Collins, by and through counsel, and pursuant to Local Rule 49(E), and in support of his Motion to Seal Exhibits B, C and D to his Position on Sentencing, Defendant hereby states as follows:

The Court has power over its own records and may seal any documents for which the public's right of access is outweighed by competing interests. *See In Re Knight Pub. Co.*, ,743 F.2d 231, 235 (4th Cir. 1984).  In this case, the risk of revealing identifying information of a cooperating informant as well as the manner/method/means of investigation, outweighs the public's right of access to these exhibits.

This very information has already been provided protection by a previous order sealing other documents in this case, and so sealing these exhibits maintains the protection already approved and ordered.

WHEREFORE, Defendant respectfully prays that this Court seal Exhibits B, C and D to his Position on Sentencing, to be submitted thusly on July 12, 2010.

Respectfully Submitted,

WILLIAM RONDELL COLLINS
By Counsel

RICH ROSENTHAL BRINCEFIELD MANITTA DZUBIN & KROEGER, LLP

By:_____/s/_____.
Lana Manitta, VSB #42994
201 N. Union St., Ste. 140
Alexandria, VA 22314
(703) 299-3440
FAX (703) 299-3441
LMManitta@RRBMDK.com
Counsel for Defendant William Rondell Collins

## CERTIFICATE OF ELECTRONIC SERVICE

I HEREBY CERTIFY THAT on July 11, 2010 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

| | |
|---|---|
| Ryan Faulconer, Esq. | Nina Blanchard |
| James Graham, Esq. | United States Probation Officer |
| Assistant United States Attorney | U.S. Probation, 3rd Floor |
| 1400 N.Y. Ave., N.W. | 401 Courthouse Square |
| 4th Floor | Alexandria, VA 22314 |
| Washington, DC 20005 | |

_____/s/_____.
Lana Manitta

2